```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 22967
   CARL FONDREN JR
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5054


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
   The case was filed on 12/07/2007 and was not confirmed.

   The case was dismissed without confirmation 03/24/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
-----------------------------------------------------------------------
LOWANDA HARVEY             NOTICE ONLY    NOT FILED            .00          .00
MN CHILD SUPPORT           UNSECURED            .00            .00          .00
ANDERSON FIN NETWORK       UNSECURED      NOT FILED            .00          .00
ASSET ACCEPTANCE LLC       UNSECURED         790.21            .00          .00
CAVALRY PORTFOLIO SERVIC   UNSECURED         514.83            .00          .00
CHECK & GO                 UNSECURED      NOT FILED            .00          .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00          .00
HARVARD COLLECTION SERVI   UNSECURED      NOT FILED            .00          .00
R&R COUNTRY                UNSECURED      NOT FILED            .00          .00
RMI/MCSI                   UNSECURED      NOT FILED            .00          .00
RMI/MCSI                   UNSECURED         500.00            .00          .00
SPRINT                     UNSECURED      NOT FILED            .00          .00
ILLINOIS DEPT OF REVENUE   UNSECURED         402.00            .00          .00
ILLINOIS DEPT OF REVENUE   PRIORITY          545.94            .00          .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT    284.00             .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    3,500.00                          .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                           --------------        --------------
TOTALS                          .00                  .00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 22967 CARL FONDREN JR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 06/25/08
                                     /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE